J. Bradley Scott and Others, Respondents, v. Benjamin McClung, as Mayor of the City of Newburgh, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ., concurred.

Oswald C. Stackhouse, Respondent, v. Joseph Fromson and David Gawerlewich, Appellants.— Order of the County Court of Kings county reversed as to the defendants, appellants, with ten dollars costs and disbursements, upon the authority of *Matter of Salant* (158 App. Div. 697). Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.